UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:    Yovanny Del Villar    Case No.: 24-15533-PDR
Chapter 13

_____Debtor(s)_____/

**OBJECTION TO CLAIM ON SHORTENED NOTICE**

*IMPORTANT NOTICE TO CREDITOR: THIS IS AN OBJECTION TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the [trustee][debtor] objects to the following claim filed in this case:

| Claim No. | Name of Claimant / Creditor | Amount of Claim |
|---|---|---|
| 1 | Department of Treasury - Internal Revenue Service | $40,442.37 |

Basis for Objection and Recommended Disposition

On or about June 14, 2024, the Claimant filed a proof of claim in the amount of $40,442.37 comprised of $38,827.14 in unsecured priority claim and the remaining $1,615.23 in unsecured general claim. The proof of claim includes income taxes for tax years 2021, 2022, and 2023. The Debtor asserts that she does not owe taxes for the 2021 tax year, that she owes $861.00 for the 2022 tax year, and $1,714.15 for the 2023 tax year. Therefore, the proof of claim should be allowed with a reduced unsecured priority claim amount of $2,575.15 for the 2022 and 2023 correct tax claim and an unsecured general claim amount of $0.00.

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

Respectfully submitted:    **Jose A. Blanco, P.A.**
September 9, 2024           By: */s/ Jose A. Blanco* | FBN: 062449
                            Attorney for Debtor(s)
                            102 E 49th ST
                            Hialeah, FL 33013,
                            Tel. (305) 349-3463
                            E-mail: jose@blancopa.com

LF-70 (rev. 12/01/09)