**ORDERED in the Southern District of Florida on February 6, 2025.**

Peter D. Russin, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re: Yovanny Del Villar

Case No.: 24-15533-PDR
Chapter 13

Debtor(s) /

**AGREED ORDER ABATING RULING ON DEBTOR'S OBJECTION TO CLAIM OF THE DEPARTMENT OF TREASURY - INTERNAL REVENUE SERVICE #1**

**THIS CASE** came before the Court without a hearing on the Debtor's Objection to Claim of the Department of Treasury - Internal Revenue Service ("Objection") (DE#21). Based upon the mutual agreement of the parties, it is hereby:

**ORDERED**

1. This Court shall abate ruling on Debtor's Objection to Claim until such time as the US Department of Treasury - Internal Revenue Service ("IRS") has had an opportunity to process Debtor's amended 2021 and 2022 income tax returns.
2. Once said returns are processed, the IRS shall either amend Claim #1 or notify Debtor's counsel that an amendment is not forthcoming and the reasons therefor.
3. Within 30 days of said filing of the Amended Proof of Claim or notice of not amending the

claim, the Debtor shall take the necessary steps to either modify her plan to provide for an Amended Claim #1 or Original Claim #1, or file an Objection thereto.

# # #

Respectfully Submitted:
Jose A. Blanco | 062449
**JOSE A. BLANCO, P.A.**
102 E 49th ST
Hialeah, FL 33013
Tel: (305) 349-3463
Fax: (786) 567-5057
E-Mail: jose@blancopa.com

The Law Office of Jose A. Blanco, P.A., is hereby directed to mail a conformed copy of this order to all affected parties and file a certificate of service.