UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re: Yovanny R Del Villar

Case No.: 24-15533-PDR
Chapter 13

Debtor /

**MOTION TO MODIFY CHAPTER 13 PLAN**

COMES NOW, the Debtor, Yovanny R Del Villar, by and through the undersigned counsel and files this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On May 31, 2024 the instant case was filed.
2. On February 13, 2025, Debtor's Seventh Amended MMM Chapter 13 plan was confirmed.
3. In Debtor's confirmed plan, the Debtor was participating in this Court's Mortgage Mediation Modification program with U.S. Bank Trust N.A. Trustee, c/o Newrez LLC, dba Shellpoint Mortgage Servicing, (fka Specialized Loan Servicing LLC) [POC#2] (herein "Creditor").
4. The Debtor was awarded a trial period payment.
5. The Debtor has now reached a Final Permanent Loan Modification Agreement with the Lender.
6. Said Final Permanent Loan Modification Agreement has been presented to the Court for approval.
7. Debtor desires to modify the plan in order to provide for the new permanent payment.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving Debtor's First Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ECF to Robin Weiner, Trustee and U.S. Mail on April 15, 2025 and to all parties on the service list.

Respectfully submitted:
April 15, 2025

**Jose A. Blanco, P.A.**
By: */s/ Jose A. Blanco* | FBN: 062449
Attorney for Debtor(s)
102 E 49th ST
Hialeah, FL 33013,
Tel. (305) 349-3463
E-mail: jose@blancopa.com