UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:   Yovanny R Del Villar                          Case No.: 24-15533-PDR
                                                       Chapter 13
                 Debtor(s)                    /

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of **the Order Granting Debtor's Motion to Modify the Chapter 13 Plan** was sent to all parties on the attached service list on July 7, 2025.

Electronically: Robin Weiner, Trustee

First Class Mail:

Debtor(s), Yovanny R Del Villar
6961 SW 1 CT
Hollywood, FL 33023

All Creditors on the Matrix

| | |
|---|---|
| Respectfully submitted:<br>July 7, 2025 | **Jose A. Blanco, P.A.**<br>By: */s/ Jose A. Blanco* \| FBN: 062449<br>Attorney for Debtor(s)<br>102 E 49th ST<br>Hialeah, FL 33013,<br>Tel. (305) 349-3463<br>E-mail: jose@blancopa.com |