UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re: Yovanny R Del Villar

Case No.: 24-15533-PDR
Chapter 13

Debtor /

**MOTION TO MODIFY CHAPTER 13 PLAN**

COMES NOW, the Debtor, Yovanny R Del Villar, by and through the undersigned counsel and files this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On May 31, 2024, the instant case was filed.

2. On February 13, 2025, Debtor's Seventh Amended Chapter 13 plan was confirmed and on June 23, 2025, the Debtor's First Modified Chapter 13 plan was approved.

3. In said plan the Debtor agreed to pay 100% of all allowed unsecured claims.

4. On the confirmed and modified plans, the Debtor and the IRS allowed to abate a ruling on the Debtor's objection to claim until the IRS had the opportunity to process the amended tax returns.

5. The Debtor had up to 30 days to address the claim after the amendment being made.

6. The IRS filed its Amended Claim #1 on May 21, 2026, and the Debtor is modifying the plan to conform to said claim.

7. Furthermore, the Trustee filed her Chapter 13 Trustee's Notice of Delinquency in Confirmed Ch. 13 Plan Payments ECF#94.

8. The Debtor desires to Modify the plan in order to become current with the Chapter 13 plan.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving Debtor's SECOND Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ECF to the Debtor's and Robin Weiner, Trustee and U.S. Mail on May 29, 2026 and to all parties on the service list.

Respectfully submitted:
May 29, 2026

**Jose A. Blanco, P.A.**
By: */s/ Jose A. Blanco* | FBN: 062449
Attorney for Debtor(s)
102 E 49th ST
Hialeah, FL 33013,
Tel. (305) 349-3463
E-mail: jose@blancopa.com